# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO: 4:23-cr-00359 |
| § | |
| DEWAYNE DONNELL CHAMPION § | |

## MOTION TO ADOPT MOTIONS OF CO-DEFENDANTS

**TO THE HONORABLE DISTRICT COURT:**

COMES NOW, Defendant, DEWAYNE DONNELL CHAMPION in this cause, through the undersigned appointed counsel, and respectfully requests that this Court grant Defendant permission to adopt the motions filed by other defendants in this cause.

WHEREFORE, Defendant prays that he be allowed to adopt other defendants' motions.

Respectfully submitted,

/S/ Greg Gladden
Greg Gladden
*Attorney for Dewayne Champion*
Law Office of Greg Gladden
3017 Houston Avenue
Houston, Texas 77009
Phone: 713.880.0333
Fax: 713.880.4018
Texas State Bar No. 07991300

**CERTIFICATE OF CONFERENCE**

I certify that my staff has conferred with Assistant U.S. Attorney Associate Deputy Criminal Chief, Byron Hugh Black. He is opposed.

/s/ Greg Gladden
Greg Gladden

**CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2025, I electronically filed the foregoing Motion for Disclosure of Confidential Informant with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties registered for CM/ECF and via email to Byron Hugh Black at byron.black@usdoj.gov.

Byron Hugh Black
Assistant United State Attorney
713-567-9734
Byron.black@usdoj.gov

/s/ Greg Gladden
Greg Gladden